Joseph A. BELL, Petitioner—
Appellant,

v.

Michael A. ZENK, Defendant—
Appellee.

No. 07–6695.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 7, 2007.

Joseph A. Bell, Appellant Pro Se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Bell, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bell v. Zenk,* No. 5:07–hc–02068–BO (E.D.N.C. Apr. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*